**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 21 2008

BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| GARY D. BLAGG, #1205059 | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 4:07cv439 |
| | | *Consolidated with* 4:07cv440 |
| | | *and* 4:07cv441 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the motion for default judgment (docket entry #15) is **DENIED**.

SIGNED this 20th day of July, 2008.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE